IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWO JINN, INC., | ) |
|         Plaintiff, | ) Case No. CV06-268-S-EJL |
| vs. | ) JUDGMENT |
| JACK GREEN and JOHN DOES I-V, | ) |
|         Defendants. | ) |

      Based upon this Court's Memorandum Order, dated March 7, 2007, and the Court being fully advised in the premises;

      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and the case is dismissed in its entirety.

DATED: **March 7, 2007**

_____
Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT- Page 1
07ORDERS\TWOJIN_JDM.WPD